# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA RIFLE PISTOL ASSOCIATION, INCORPORATED,**<br><br>Plaintiff(s),<br><br>vs.<br><br>**BUREAU OF ALCOHOL TOBACCO, FIREARMS, AND EXPLOSIVES, ET AL.,**<br><br>Defendant(s). | Case No. **1:14−CV−01211−JAM−SAB**<br><br>ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ |

Unless prior permission has been granted, memoranda of law in support of and in opposition to motions under Federal Rule of Civil Procedure 56 and 65 and any post−judgment or post-trial motions are limited to twenty−five (25) pages, and reply memoranda are limited to ten (10) pages. Memoranda of law in support of and in opposition to all other motions are limited to fifteen (15) pages, and reply memoranda are limited to five (5) pages. The parties are also cautioned against filing multiple briefs to circumvent this rule. A violation of this Order will result in monetary sanctions being imposed against counsel in the amount of $50.00 per page and the Court will not consider any arguments made past the page limit.

Documentary evidence submitted in support of or in opposition to a motion must be separately bound or placed in a binder, and exhibits must be separated with labeled tabs that extend beyond the edge of the page. An Index of exhibits must also be included.

IT IS SO ORDERED.

DATED: August 12, 2014              /s/ John A. Mendez
                                    United States District Judge