UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| California Rifle & Pistol Association, Incorporated | ) |
|---|---|
|  | ) |
| Plaintiff | ) Case No.: 1:14-CV-01211-SAB |
| v. | ) |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al. | ) |
| Defendant | ) |

## AFFIDAVIT OF SERVICE

I, Alprentice D. Davis, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Decline of Jurisdiction of United States Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on August 08, 2014 at 12:47 PM, I served Eric Holder, Attorney General with the Decline of Jurisdiction of United States Magistrate Judge at Department of Justice, 950 Pennsylvania Avenue, NW, Room B103, Washington, DC 20530 by serving Steffon Edmonds, Correspondence Clerk, authorized to accept.

Steffon Edmonds is described herein:
Gender: Male   Race/Skin: Black   Hair: Black   Age: 30   Height: 6'1"   Weight: 205

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

8/11/14
Executed on:

Alprentice D. Davis
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050