C. D. Michel - SBN 144258
Joshua Robert Dale - SBN 209942
Joseph A. Silvoso, III - SBN 248502
MICHEL & ASSOCIATES, PC
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
E-mail: cmichel@michellawyers.com
E-mail: jdale@michellawyers.com
E-mail: jsilvoso@michellawyers.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; ATTORNEY GENERAL ERIC HOLDER, in his official capacity; B. TODD JONES, in his official capacity; and DOES 1 through 100, inclusive, ) <br><br> Defendants. ) | CASE NO. 1:14-CV-01211-JAM-SAB <br><br> **NOTICE OF FILING PROOF OF SERVICE OF COMPLAINT & SUPPORTING DOCUMENTS** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby files with the court Proof of Service of the following documents:

1. Affidavit of Service on Eric Holder, Attorney General, for Complaint and Supporting Documents;

2. Affidavit of Service on B. Todd Jones, Director of Bureau of Alcohol, Tobacco, Firearms and Explosives, for Complaint and Supporting Documents;

3. Affidavit of Service on Bureau of Alcohol, Tobacco, Firearms, and Explosives for Complaint and Supporting Documents;

4. Clerk's Notice (text only): Case Assigned to Judge John A. Mendez;

5. Order Requiring Joint Status Report;

6. Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions;

7. Order Re-Filing Requirements for Cases Assigned to Judge Mendez;

8. Notice of Availability Voluntary Dispute Resolution;

9. Minute Order (text only): Status / Initial Scheduling Conference;


Dated: August 20, 2014          **MICHEL & ASSOCIATES, PC**


/s/ C.D. Michel

C. D. MICHEL
Attorney for Plaintiffs

PLAINTIFFS' NOTICE OF FILING PROOF OF SERVICE

# EXHIBIT 1

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Rifle & Pistol Association, Incorporated <br><br><br> Plaintiff <br><br> v. <br><br> Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al. <br><br> Defendant | )<br>)<br>)<br>)<br>) Case No.: 1:14-CV-01211-SAB<br>)<br>)<br>)<br>)<br>) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Alprentice D. Davis, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Order Setting Mandatory Scheduling Conference, Order Assigning Action to a Sacramento District Judge, Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions, Notice of Availability Voluntary Dispute Resolution, Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271, and Complaint for Declaratory and Injunctive Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on August 07, 2014 at 3:20 PM, I served Eric Holder, Attorney General with the Summons, Civil Cover Sheet, Order Setting Mandatory Scheduling Conference, Order Assigning Action to a Sacramento District Judge, Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions, Notice of Availability Voluntary Dispute Resolution, Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271, and Complaint for Declaratory and Injunctive Relief with Exhibits at Department of Justice, 950 Pennsylvania Avenue, NW, Room B103, Washington, DC 20530 by serving Steffon Edmonds, Correspondence Clerk, authorized to accept.

Steffon Edmonds is described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 30    Height: 6'1"    Weight: 195

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on:

Alprentice D. Davis
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 14-111117

Client Reference: N/A

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Rifle & Pistol Association, Incorporated )<br><br>)<br>)<br>)<br>**Plaintiff**   )<br>)<br>v.   )<br>)<br>Bureau of Alcohol, Tobacco, Firearms, and Explosives, et )<br>al.   )<br>)<br>**Defendant**   ) | Case No.: 1:14-CV-01211-SAB |

### AFFIDAVIT OF SERVICE

I, Alprentice D. Davis, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Decline of Jurisdiction of United States Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on August 08, 2014 at 12:47 PM, I served Eric Holder, Attorney General with the Decline of Jurisdiction of United States Magistrate Judge at Department of Justice, 950 Pennsylvania Avenue, NW, Room B103, Washington, DC 20530 by serving Steffon Edmonds, Correspondence Clerk, authorized to accept.

Steffon Edmonds is described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 30    Height: 6'1"    Weight: 205

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

8/11/14
Executed on:

Alprentice D. Davis
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

# EXHIBIT 2

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Rifle & Pistol Association, Incorporated<br><br><br>**Plaintiff**<br><br>v.<br><br>Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al.<br><br><br>**Defendant** | )<br>)<br>)<br>)<br>)   **Case No.: 1:14-CV-01211-SAB**<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Alprentice D. Davis, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Order Setting Mandatory Scheduling Conference, Order Assigning Action to a Sacramento District Judge, Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions, Notice of Availability Voluntary Dispute Resolution, Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271, Complaint for Declaratory and Injunctive Relief with Exhibits, and Decline of Jurisdiction of United States Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on August 08, 2014 at 2:55 PM, I served B. Todd Jones, Director of Bureau of Alcohol, Tobacco, Firearms, and Explosives with the Summons, Civil Cover Sheet, Order Setting Mandatory Scheduling Conference, Order Assigning Action to a Sacramento District Judge, Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions, Notice of Availability Voluntary Dispute Resolution, Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271, Complaint for Declaratory and Injunctive Relief with Exhibits, and Decline of Jurisdiction of United States Magistrate Judge at 99 New York Avenue, NE, Washington, DC 20226 by serving Jackie Magruder, Staff Assistant, authorized to accept.

Jackie Magruder is described herein:
Gender: Female    Race/Skin: Black    Hair: Black    Age: 45    Height: 5'7"    Weight: 160

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 8/11/14

Alprentice D. Davis
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 14-111116

Client Reference: N/A

# EXHIBIT 3

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Rifle & Pistol Association, Incorporated )<br>)<br>)<br>)<br>**Plaintiff**   )<br>)<br>**v.**   )<br>)<br>Bureau of Alcohol, Tobacco, Firearms, and Explosives, et )<br>al.   )<br>)<br>**Defendant**   ) | Case No.: **1:14-CV-01211-SAB** |

### AFFIDAVIT OF SERVICE

I, Alprentice D. Davis, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Order Setting Mandatory Scheduling Conference, Order Assigning Action to a Sacramento District Judge, Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions, Notice of Availability Voluntary Dispute Resolution, Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271, Complaint for Declaratory and Injunctive Relief with Exhibits, and Decline of Jurisdiction of United States Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on August 08, 2014 at 2:55 PM, I served Bureau of Alcohol, Tobacco, Firearms, and Explosives with the Summons, Civil Cover Sheet, Order Setting Mandatory Scheduling Conference, Order Assigning Action to a Sacramento District Judge, Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions, Notice of Availability Voluntary Dispute Resolution, Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271, Complaint for Declaratory and Injunctive Relief with Exhibits, and Decline of Jurisdiction of United States Magistrate Judge at 99 New York Avenue, NE, Washington, DC 20226 by serving Jackie Magruder, Staff Assistant, authorized to accept.

Jackie Magruder is described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Age: 45   Height: 5'7"   Weight: 160

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 8|11|14

Alprentice D. Davis
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 14-111105

Client Reference: N/A

**EXHIBIT 4**



**Claudia Ayala**
Senior Paralegal

## MICHEL & ASSOCIATES, P.C.
A t t o r n e y s   a t   L a w
Environmental · Land Use · Firearms · Employment Law
Civil Litigation · Criminal Defense

Direct: (562) 216-4473
Main: (562) 216-4444
Fax: (562) 216-4445
Email: CAyala@michellawyers.com
Web: www.michellawyers.com

180 E. Ocean Blvd.
Suite 200
Long Beach, CA 90802

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.

**From:** caed_cmecf_helpdesk@caed.uscourts.gov [mailto:caed_cmecf_helpdesk@caed.uscourts.gov]
**Sent:** Monday, August 11, 2014 2:15 PM
**To:** CourtMail@caed.uscourts.gov
**Subject:** Activity in Case 1:14-cv-01211-JAM-SAB California Rifle & Pistol Association, Incorporated v. Bureau of Alcohol Tobacco, Firearms and Explosives, et al Clerk's Notice of Docket Correction

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply

### U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered on 8/11/2014 at 2:14 PM PDT and filed on 8/11/2014

| | |
|---|---|
| **Case Name:** | California Rifle & Pistol Association, Incorporated v. Bureau of Alcohol Tobacco, Firearms and Explosives, et al |
| **Case Number:** | 1:14-cv-01211-JAM-SAB |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
**CLERK'S NOTICE (text only): CASE ASSIGNED to Judge John A. Mendez. New Case Number 1:14-cv-01211 JAM SAB. (Hellings, J)**

**1:14-cv-01211-JAM-SAB Notice has been electronically mailed to:**

Carl Dawson Michel    cmichel@tmllp.com, cayala@michellawyers.com

**1:14-cv-01211-JAM-SAB Electronically filed documents must be served conventionally by the filer to:**

**EXHIBIT 5**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA RIFLE  PISTOL ASSOCIATION, INCORPORATED ,** | NO.  **1:14−CV−01211−JAM−SAB** |
| Plaintiff, | |
| vs. | ORDER REQUIRING JOINT STATUS REPORT |
| **BUREAU OF ALCOHOL TOBACCO, FIREARMS, AND EXPLOSIVES, ET AL. ,** | |
| Defendant. | |

This action has been assigned to District Judge John A. Mendez.  Pursuant to the provisions of Fed. R. Civ. P. 16 and 26, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff(s) shall complete service of process on all parties within one hundred twenty (120) days of the date of filing of the complaint.

2. Concurrently with the service of process, or as soon thereafter as possible, plaintiff(s) shall serve upon each of the parties named herein, and upon all parties subsequently joined, a copy of this Order, and shall file with the Clerk a certificate reflecting such service.

3. In the event this action was originally filed in a state court and was thereafter removed to this court, the removing party or parties shall, immediately following such removal, serve upon each

//////

1

1   of the other parties named herein, and upon all parties subsequently joined, a copy of this Order, and

2   shall file with the Clerk a certificate reflecting such service.

3       4.   Within sixty (60) days of service of the complaint on any party, or from the date of removal,

4   the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court

5   a joint status report that includes the Rule 26(f) discovery plan.  The status report shall address the

6   following matters:

7       a.   The nature of the case;

8       b.   Progress in the service of process;

9       c.   Possible joinder of additional parties;

10      d.   Any expected or desired amendment of pleadings;

11      e.   Jurisdiction and venue;

12      f.   Anticipated motions and the scheduling of motions;

13      g.   Anticipated discovery and the scheduling of discovery, including:

14          (1)  what changes, if any, should be made in the timing, form,
                or requirement for disclosures under Rule 26(a), including

15              a statement as to when disclosures under Rule 26(a)(1)
                were made or will be made;

16

            (2)  the subjects on which discovery may be needed, when
17               discovery should be completed, and whether discovery
                 should be conducted in phases or be limited to or

18               focused upon particular issues;

19          (3)  what changes, if any, should be made in the limitations
                 on discovery imposed under the Civil Rules and what

20               other limitations, if any, should be imposed; and

21          (4)  the timing of the disclosure of expert witnesses and
                 information required by Rule 26(a)(2).

22
        h.   Future proceedings, including setting appropriate cut-off dates for

23           discovery, law and motion, and the scheduling of pretrial and trial;

24      i.   Appropriateness of special procedures;

25      j.   Estimate of trial time;

26   /////

2

k.   Modification of standard pretrial procedures specified by the rules due
to the relative simplicity or complexity of the action or proceedings;

l.   Whether the case is related to any other case, including any
matters in bankruptcy;

m.   Whether a settlement conference should be scheduled; and

n.   Any other matters that may add to the just and expeditious disposition
of this matter.

5.   The Court, upon review of the joint status report may:

a.   Issue a scheduling order incorporating the suggestions of counsel
as contained in the joint status report; or

b.   By minute order, set a status conference to be held either by
telephone or in chambers.

6.   In cases involving public traded companies, the parties shall request Judge Mendez's
recusal list by contacting Harry Vine at (916) 930−4091 or via Email at hvine@caed.uscourts.gov.
In addition, any nongovernmental corporate party to an action assigned to Judge Mendez shall file
with the joint status report a statement identifying all its parent corporations and listing any publicly held
company that owns 10% or more of the party's stock.  A party shall supplement the statement within a
reasonable time of any change in the information.

DATE:   August 12, 2014

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

by :   /s/ J. Donati
Deputy Clerk

**EXHIBIT 6**

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local Rule 305, the United States Magistrate Judges sitting in Sacramento and Fresno are available to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive proceedings in this action, including motions to dismiss, motions for summary judgment, a jury or non jury trial, and entry of a final judgment.  Exercise of this jurisdiction by a Magistrate Judge is however, permitted only if all parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's case dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent pursuant to 28 U.S.C. § 636(c), the assigned Magistrate Judge will hear all motions except those case dispositive motions set forth in 28 U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate Judge" is attached hereto for pro per use and attorney information.  This form is available in fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers.  This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's Office location.

Office of the Clerk

501 I Street, Room 4−200

Sacramento, CA  95814

Office of the Clerk

2500 Tulare Street, Suite 1501

Fresno, CA  93721

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**CALIFORNIA RIFLE  PISTOL ASSOCIATION,
INCORPORATED ,**
              Plaintiff(s)/Petitioner(s),

     vs.

                                  CASE NO.  **1:14−CV−01211−JAM−SAB**

**BUREAU OF ALCOHOL TOBACCO, FIREARMS, AND
EXPLOSIVES, ET AL. ,**
              Defendant(s)/Respondent(s).

---

### IMPORTANT

**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF
A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE
SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

☐    **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

        In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned
hereby voluntarily consents to have a United States Magistrate Judge conduct all further
proceedings in this case, including trial and entry of final judgment, with direct review by
the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____      Signature: _____

                        Print Name: _____
                                  ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
                                  Counsel for_____ *

---

☐    **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

        Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the
availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____      Signature: _____

                        Print Name: _____
                                  ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
                                  Counsel for_____ *

*If representing more than one party, counsel must indicate the name of each party responding.*

**EXHIBIT 7**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CALIFORNIA RIFLE  PISTOL
ASSOCIATION, INCORPORATED,

               Plaintiff(s),

        vs.

BUREAU OF ALCOHOL TOBACCO,
FIREARMS, AND EXPLOSIVES, ET AL.,

               Defendant(s).

Case No.  **1:14−CV−01211−JAM−SAB**

ORDER RE FILING REQUIREMENTS FOR

CASES ASSIGNED TO JUDGE MENDEZ

    Unless prior permission has been granted, memoranda of law in support of and in opposition to motions under Federal Rule of Civil Procedure 56 and 65 and any post−judgment or post−trial motions are limited to twenty−five (25) pages, and reply memoranda are limited to ten (10) pages.  Memoranda of law in support of and in opposition to all other motions are limited to fifteen (15) pages, and reply memoranda are limited to five (5) pages.  The parties are also cautioned against filing multiple briefs to circumvent this rule. A violation of this Order will result in monetary sanctions being imposed against counsel in the amount of $50.00 per page and the Court will not consider any arguments made past the page limit.

    Documentary evidence submitted in support of or in opposition to a motion must be separately bound or placed in a binder, and exhibits must be separated with labeled tabs that extend beyond the edge of the page.  An Index of exhibits must also be included.

IT IS SO ORDERED.

    DATED:   August 12, 2014                          /s/ John A. Mendez
                                         United States District Judge

# EXHIBIT 8

## NOTICE OF AVAILABILITY

## VOLUNTARY DISPUTE RESOLUTION

Pursuant to the findings and directives of Congress in 28 U.S.C. §§ 651 *et seq.,* and in recognition of the economic burdens and delay in the resolution of disputes that can be imposed by full formal litigation, Local Rule 271 governs the referral of certain actions to the Voluntary Dispute Resolution Program ("VDRP") at the election of parties.  Plaintiff or removing party is to provide all other parties with copies of the notice at the time service is effected or, for parties already served, no more than fourteen (14) days after receiving notice from the Court.  After filing of the original complaint or removal action, any party who causes a new party to be joined in the action shall promptly serve a copy of the notice on the new party.

It is the Court's intention that the VDRP shall allow the participants to take advantage of a wide variety of alternative dispute resolution methods.   These methods may include, but are not limited to, mediation, negotiation, early neutral evaluation and settlement facilitation.   The specific method or methods employed will be determined by the Neutral and the parties.

**PLEASE TAKE NOTICE** that pursuant to Local Rule 271, ***this Local Rule applies to*** all civil actions pending before any District Judge or Magistrate Judge in the District except that actions in the following categories are exempt from presumptive inclusion: (i) prisoner petitions and actions, including habeas corpus petitions, (ii) actions in which one of the parties is appearing pro se, (iii) voting rights actions, (iv) social security actions, (v) deportation actions, (vi) Freedom of Information Act actions, and (vii) actions involving the constitutionality of federal, state or local statutes or ordinances.   The fact that a case falls in a category that is exempt from the presumptive applicability of this Local Rule neither (1) precludes the parties to such a case from agreeing to participate in an Alternative Dispute Resolution ("ADR") process, nor (2) deprives the Court of authority to compel participation in an appropriate ADR proceeding.

Parties may elect Voluntary Dispute Resolution with the Court indicating that all parties to the action agree to submit the action to VDRP pursuant to Local Rule 271. Actions may not be assigned to VDRP over the objection of a party. (Copy of sample stipulation attached hereto.) **At the time of filing, a copy of the stipulation shall be provided to the VDRP Administrator designated below:**

Sacramento Cases
Voluntary Dispute Resolution
Program Administrator
United States District Court
501 "I" Street, Suite 4−200
Sacramento, CA  95814
(916) 930−4278

Fresno Cases
Voluntary Dispute Resolution
Program Administrator
United States District Court
2500 Tulare Street, Suite 1501
Fresno, CA  93721
(559) 499−5600

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**CALIFORNIA RIFLE  PISTOL
ASSOCIATION, INCORPORATED,**

Plaintiff(s)

v.

**BUREAU OF ALCOHOL TOBACCO,
FIREARMS, AND EXPLOSIVES, ET AL.,**

Defendant(s)

NO: **1:14−CV−01211−JAM−SAB**

STIPULATION TO ELECT REFERRAL
OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP)
PURSUANT TO LOCAL RULE 271

Pursuant to Local Rule 271, the parties hereby agree to submit the above−entitled action to the Voluntary Dispute Resolution Program.

DATED:   **AUGUST 12, 2014**

_____
Name:
Attorney for Plaintiff(s)

_____
Name:
Attorney for Defendant(s)

**EXHIBIT 9**

| **From:** | Claudia Ayala |
| **Sent:** | Tuesday, August 12, 2014 11:27 AM |
| **To:** | Catalina V. Kelly |
| **Subject:** | FW: Activity in Case 1:14-cv-01211-JAM-SAB California Rifle & Pistol Association, Incorporated v. Bureau of Alcohol Tobacco, Firearms and Explosives, et al |

| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Claudia Ayala**
Senior Paralegal

Direct: (562) 216-4473
Main: (562) 216-4444
Fax: (562) 216-4445
Email: CAyala@michellawyers.com
Web: www.michellawyers.com

**MICHEL & ASSOCIATES, P.C.**
A t t o r n e y s   a t   L a w
Environmental · Land Use · Firearms · Employment Law
Civil Litigation · Criminal Defense

180 E. Ocean Blvd.
Suite 200
Long Beach, CA 90802

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.

**From:** caed_cmecf_helpdesk@caed.uscourts.gov [mailto:caed_cmecf_helpdesk@caed.uscourts.gov]
**Sent:** Tuesday, August 12, 2014 11:23 AM
**To:** CourtMail@caed.uscourts.gov
**Subject:** Activity in Case 1:14-cv-01211-JAM-SAB California Rifle & Pistol Association, Incorporated v. Bureau of Alcohol Tobacco, Firearms and Explosives, et al

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered on 8/12/2014 at 11:22 AM PDT and filed on 8/12/2014
**Case Name:**     California Rifle & Pistol Association, Incorporated v. Bureau of Alcohol Tobacco, Firearms

and Explosives, et al

**Case Number:** 1:14-cv-01211-JAM-SAB
**Filer:**
**Document
Number:** 8(No document attached)

**Docket Text:**
**MINUTE ORDER: (TEXT ENTRY ONLY) Due to the assignment to U.S. District Judge John A.
Mendez, the Status/Initial Scheduling Conference set for 11/4/2014 at 9:45 a.m. before
Magistrate Judge Stanley A. Boone is VACATED and taken off calendar. Signed by Magistrate
Judge Stanley A. Boone on 8/12/2014. (Hernandez, M)**

**1:14-cv-01211-JAM-SAB Notice has been electronically mailed to:**

Carl Dawson Michel     cmichel@tmllp.com, cayala@michellawyers.com

**1:14-cv-01211-JAM-SAB Electronically filed documents must be served conventionally by the filer to:**

**PROOF OF SERVICE**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

    I, Catalina Kelly, am employed in the City of Long Beach, Los Angeles County, California. I am over the age eighteen (18) years and am not a party to the within action. My business address is 180 East Ocean Blvd., Suite 200 Long Beach, CA 90802.

    On August 20, 2014, I served the foregoing document(s) described as

**NOTICE OF FILING PROOF OF SERVICE OF COMPLAINT & SUPPORTING DOCUMENTS**

on the interested parties in this action by placing
[  ] the original
[X] a true and correct copy
thereof enclosed in sealed envelope(s) addressed as follows:

SEE ATTACHED "SERVICE LIST"

_X_    (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Long Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing an affidavit.
Executed on August 20, 2014, at Long Beach, California.

_X_    (FEDERAL) I declare that I am employed in the office of the member of the bar of this of this court at whose direction the service was made.
Executed on August 20, 2014, at Long Beach, California.

CATALINA KELLY

PLAINTIFFS' NOTICE OF FILING PROOF OF SERVICE

## **SERVICE LIST**

CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED v. BUREAU OF
ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, ET AL.
CASE NO. 1:14-cv-01211

Bureau of Alcohol, Tobacco, Firearms, and Explosives              Defendant
99 New York Avenue, NE
Washington, D.C. 20226


B. Todd Jones, Director                                          Defendant
Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, NE
Washington, D.C. 20226


Attorney General Eric Holder                                     Defendant
Department of Justice
Room B103
950 Pennsylvania Avenue, NW
Washington, D.C. 20530