BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>APPROXIMATELY 3,804 FIREARMS,<br><br>　　　　　Defendant. | 1:14-CV-01999-AWI-SAB<br><br>NOTICE OF RELATED CASE |
| CALIFORNIA RIFLE PISTOL ASSOCIATION, INCORPORATED,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; ATTORNEY GENERAL ERIC HOLDER, in his official capacity; B. TODD JONES, in his official capacity; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | 1:14-CV-01211-JAM-SAB |

　　　Plaintiff United States of America, by and through the undersigned attorney, and pursuant to the provisions of Local Rule 123, hereby gives notice that the above-entitled actions are related within the meaning of Local Rule 123 for the reason that the lower receiver firearms seized for civil forfeiture are

the same lower receiver firearms forming the basis for declaratory and injunctive relief action, thus the cases involve substantially the same events and transactions.  The cases also arise from the same law enforcement investigation, thus a relatedness order is appropriate here.

  The above-captioned civil case for declaratory and injunctive relief is assigned to District Judge John A. Mendez.  For the foregoing reasons, the United States respectfully requests that the civil forfeiture case also be assigned to the same district judge.

                Respectfully submitted,

DATED:  December 15, 2014       BENJAMIN B. WAGNER
                     United States Attorney

               By:  /s/ Kevin C. Khasigian
                  KEVIN C. KHASIGIAN
                  Assistant U.S. Attorney