DIANE KELLEHER
LISA A. OLSON
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave., N.W., Room 7300
Washington, D.C. 20530
Telephone: (202) 514-5633
Facsimile: (202) 616-8470

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>Plaintiff,<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br><br>Defendants. | CASE NO.  1:14-cv-01211 JAM SAB<br><br>**DEFENDANTS' REQUEST FOR PERMISSION TO DISPENSE WITH THE REQUIREMENT OF FILING A STATEMENT OF UNDISPUTED FACTS AND ORDER**<br><br>Date:   March 25, 2015<br>Time:   9:30 a.m.<br>Judge:  Honorable John A. Mendez<br>Crtrm:  6, 14th Floor |

Defendants, through their attorneys, hereby respectfully submit their Request for Permission to Dispense with the Requirement of Filing a Statement of Undisputed Facts as required under Eastern District Local Rule 260(a) because this Court's review of plaintiff's claims under the Administrative Procedure Act ("APA") is limited to the administrative record.  "[R]equests to dispense with the requirement of filing a statement of [undisputed] facts are routinely granted in this District" because "[i]n APA cases, statements [of undisputed facts] are generally redundant because all relevant facts are contained in the agency's administrative record." San Joaquin River Group. Auth. v. Nat'l Marine Fisheries Serv., 819 F. Supp. 2d 1077, 1084 (E.D. Cal. 2011).   Accordingly, defendants request that the Court permit them to dispense with Local Rule 260(a)'s requirement of filing a Statement of Undisputed Facts when they file their Motion to Dismiss, or Alternatively, for Summary Judgment on January 9, 2015.

*California Rifle & Pistol Assoc., Inc. v. ATF, et al,*, No. 14-cv-01211 JAM-SAB                                                          1
DEFENDANTS' REQUEST FOR PERMISSION TO DISPENSE WITH THE REQUIREMENT OF FILING A STATEMENT OF UNDISPUTED FACTS AND [PROPSED] ORDER

Dated: January 9, 2015					Respectfully submitted,

							By:	/s/   *Lisa A. Olson*
								LISA A. OLSON

								DIANE KELLEHER
								LISA A. OLSON
								U.S. Department of Justice
								Civil Division, Federal Programs Branch
								20 Mass. Ave., N.W., Room 7300
								Washington, D.C. 20530
								Telephone: (202) 514-5633
								Facsimile: (202) 616-8470

**ORDER**

**IT IS SO ORDERED.**

Dated: 1/12/2015					/s/ John A. Mendez_____
							JOHN A. MENDEZ
							UNITED STATES DISTRICT COURT JUDGE