```
 1  C.D. Michel – SBN 144258
    Joshua R. Dale – SBN 209942
 2  Joseph A. Silvoso, III – SBN 2485020
    Anna M. Barvir – SBN 268728
 3  MICHEL & ASSOCIATES, P.C.
    180 East Ocean Blvd., Suite 180
 4  Long Beach, CA 90802
    Telephone: (562) 216-444
 5  Facsimile: (5662) 216-4445
 6  Email: cmichel@michellawyers.com

 7  Attorneys for Plaintiff

 8                  UNITED STATES DISTRICT COURT

 9                 EASTERN DISTRICT OF CALIFORNIA

10
    CALIFORNIA RIFLE & PISTOL      CASE NO: 1:14-cv-01211
11  ASSOCIATION, INCORPORATED,
                                   STIPULATION OF VOLUNTARY
12                 Plaintiff,      DISMISSAL; ORDER

13         v.                      (Fed. R. Civ. P. 41(a)(1)(A)(ii))

14  BUREAU OF ALCOHOL, TOBACCO,
    FIREARMS, AND EXPLOSIVES, et
15  al.,

16                 Defendants.
```

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action through their respective counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED that the parties shall bear their own attorney's fees and costs incurred in this action.

Date: April 9, 2015            **MICHEL & ASSOCIATES, P.C.**

/s/ Anna M. Barvir
Anna M. Barvir
*Attorney for Plaintiff California Rifle and Pistol Association*

Date: April 9, 2015            **U.S. Department of Justice**

/s/ Lisa A. Olson (as approved 4/9/15)
Lisa A. Olson
*Attorney for Defendants Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric Holder, and B. Todd Jones*

PURSUANT TO THE STIPULATION OF THE PARTIES, **IT IS SO ORDERED.**

Dated: April 9, 2015           /s/ John A. Mendez
                               U.S. District Court Judge

2
STIPULATION OF VOLUNTARY DISMISSAL