1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | 1:14-CV-01999-JAM-SAB
12 |         Plaintiff,                   | **STIPULATION AND ORDER TO STAY FURTHER PROCEEDINGS**
13 |    v.                                |
14 | APPROXIMATELY 3,804 FIREARMS,        |
15 |         Defendant.                   |
16 |                                      |
17 | CALIFORNIA RIFLE PISTOL              | 1:14-CV-01211-JAM-SAB
   | ASSOCIATION, INCORPORATED,           |
18 |                                      |
   |         Plaintiff,                   |
19 |                                      |
   |    v.                                |
20 |                                      |
   | BUREAU OF ALCOHOL, TOBACCO,          |
21 | FIREARMS AND EXPLOSIVES; ATTORNEY    |
   | GENERAL ERIC HOLDER, in his official |
22 | capacity; B. TODD JONES, in his official |
   | capacity; and DOES 1 through 100, inclusive, |
23 |                                      |
   |         Defendants.                  |
24

25

26      The United States and claimant Chris Cook ("claimant") hereby stipulate that a further stay is

27 necessary in the above-entitled action, and request that the Court enter an order extending the stay of all

28 further proceedings due to an on-going related criminal investigation against claimant Chris Cook.

                                          1          Stipulation and Order to Stay Further
                                                     Proceedings

1. Claimant has filed a claim in this *in rem* forfeiture action, asserting he has an interest, in whole or in part, and directly, on behalf of, and/or as custodian, for each of the defendant assets in this action. ECF No. 7.

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2). The United States contends that the defendant assets were involved in or used in a violation of federal law, 18 U.S.C. § 922(a)(1)(A) (unlicensed importing, manufacturing, or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce). Claimant denies these allegations.

3. The United States intends to depose claimant Cook regarding his claim and the allegations as set forth in the complaint. If discovery proceeds at this time, claimant may be placed in the difficult position of either invoking his Fifth Amendment rights against self-incrimination and losing the ability to pursue his claim to the defendant assets, or waiving his Fifth Amendment rights and submitting to a deposition and potentially incriminating himself. If he invokes his Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claim he filed with this court.

4. In addition, claimant intends to depose, among others, law enforcement involved with this investigation, including but not limited to, the agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives. Allowing depositions of the law enforcement officers at this time may adversely impact the ability of the federal authorities to investigate the alleged underlying criminal conduct.

5. The parties recognize that proceeding with this action at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, and because the parties are attempting to settle the civil forfeiture case, the parties jointly request that these matters be stayed until February 3, 2016, in accordance with the terms of this stipulation.

///
///
///
///
///

6. At that time the parties will advise the court of the status of the criminal investigation and will advise the court whether a further stay is necessary.

Dated:   December 28, 2015                                  BENJAMIN B. WAGNER
                                                            United States Attorney

                                                             /s/ Kevin C. Khasigian
                                                            KEVIN C. KHASIGIAN
                                                            Assistant United States Attorney

Dated:   December 28, 2015                                   /s/ Anna M. Barvir
                                                            C. D. MICHEL
                                                            ANNA M. BARVIR
                                                            Attorneys for Claimant Chris Cook
                                                            (as approved by email on 12/28/15)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until February 3, 2016, in accordance with the terms of this stipulation. On or before that date the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: 12/29/2015                                            /s/ John A. Mendez
                                                            JOHN A. MENDEZ
                                                            United States District Court Judge